IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JOSEPH S. HAMILTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:05-cv-231 |
| | ) | |
| JOHN E. POTTER, United States | ) | |
| Postmaster General, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, it is hereby **ORDERED** that the motion for summary judgment filed by the American Postal Workers Union, AFL-CIO and the Northeast Tennessee Area Local 365, American Postal Workers Union, AFL-CIO [doc. 44] will be **GRANTED**, and the claims against these parties and against John Potter, United States Postmaster General and the United States Postal Service will be **DISMISSED**.

It is further **ORDERED** that the plaintiff's motion to strike defendant Potter's response [doc. 56] is **DENIED**.

ENTER:

 *s/ Leon Jordan*
 United States District Judge